UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE: ) | |
| Sharon K. Spence ) | |
| ) | BANKRUPTCY NO.: 13-30959 |
| ) | Chapter 7 |
| ) | |
| Debtor ) | |
| ) | |

**ORDER**

At South Bend: _____

    Debtor, by counsel, having filed her Motion to Defer Discharge and Enlarge Time to File Reaffirmation Agreement to defer the date of discharge to September 30, 2013;

    The Debtor's Motion to Defer Discharge and Enlarge Time to File Reaffirmation Agreement is hereby sustained and the discharge date is deferred to September 30, 2013.

    SO ORDERED AND ADJUDGED

_____
HARRY C. DEES, JR, JUDGE
UNITED STATES BANKRUPTCY COURT